IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KATHRYN AUSTIN, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-15-393 |
| NEW PENN FINANCIAL, LLC, | § |
| Defendant. | § |

## ORDER

For the reasons stated on the record at the hearing held on September 2, 2015, the defendant's motion for summary judgment, (Docket Entry No. 25), is granted. This is a final judgment.

SIGNED on September 2, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge